UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLD SECURITY LLC, a Wisconsin Limited Liability Company,<br><br>        Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>        Defendant. | CASE NO. 23-899 MJP<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE |

Plaintiff Hold Security LLC and Defendant Microsoft Corporation (collectively, the "Parties") stipulate and agree as follows and request that the Court enter an order consistent with the following:

    1.    On May 16, 2023, Plaintiff served the Summons and Complaint on Defendant via Defendant's registered agent.

    2.    On May 25, 2023, the Parties mutually agreed to extend the response deadline to the Complaint from June 5, 2023 to July 7, 2023.

3. On June 6, 2023, Plaintiff filed the Complaint in the Superior Court of Washington for King County ("King County Superior Court").

4. On June 14, 2023, Defendant removed this action from King County Superior Court to this Court.

5. The Parties conferred and agreed that following removal, July 7, 2023 would remain the deadline for Defendant to respond to the Complaint.

6. The Parties therefore respectfully request that the Court set Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint as July 7, 2023.

Date: June 15, 2023

By: *s/ Davis Leigh*
David R. Ebel, Bar No. 28853
Davis Leigh, Bar No. 58825
**Schwabe, Williamson & Wyatt, P.C.**
1420 5th Avenue, Suite 3400
Seattle, WA 98101-0410
Telephone: 206.622.1711
debel@schwabe.com
dbleigh@schwabe.com

*Attorneys for Plaintiff Hold Security LLC*

By: *s/ David A. Perez*
David A. Perez, Bar No. 43959
Alison R. Caditz, Bar No. 51530
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
DPerez@perkinscoie.com
ACaditz@perkinscoie.com

Torryn T. Rodgers, (*pro hac vice* forthcoming)
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
TRodgers@perkinscoie.com
*Attorneys for Defendant Microsoft Corporation*

The Court GRANTS the Stipulated Motion and EXTENDS the deadline for Defendant to answer or otherwise respond to Plaintiff's complaint to July 7, 2023.

IT IS SO ORDERED.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 20, 2023.

_____
Marsha J. Pechman
United States Senior District Judge

Presented by:

By: s/ *Davis Leigh*
David R. Ebel, Bar No. 28853
Davis Leigh, Bar No. 58825
**Schwabe, Williamson & Wyatt, P.C.**
1420 5th Avenue, Suite 3400
Seattle, WA 98101-0410
Telephone: 206.622.1711
debel@schwabe.com
dbleigh@schwabe.com

*Attorneys for Plaintiff Hold Security LLC*

By: s/ *David A. Perez*
David A. Perez, Bar No. 43959
Alison R. Caditz, Bar No. 51530
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
DPerez@perkinscoie.com
ACaditz@perkinscoie.com

Torryn T. Rodgers, (*pro hac vice* forthcoming)
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
TRodgers@perkinscoie.com
*Attorneys for Defendant Microsoft Corporation*
ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE - 3